BRIAN HEATH BADEKER
5600 Boulder Highway A229
Las Vegas, NV  89122
702-773-2944
brianbourju@yahoo.com

2013 JUN 20  A 9: 08

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN HEATH BADEKER, ) | Case No. 2:12-cv-01848-LDG-VCF |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | VOLUNTARY DISMISSAL |
| ) | WITH PREJUDICE |
| MIDLAND CREDIT MANAGEMENT, INC., ) | |
| ) | |
| DEFENDANT ) | |

Comes now the Plaintiff, BRIAN HEATH BADEKER, who hereby dismisses the action filed against Defendant, MIDLAND CREDIT MANAGEMENT, INC., with prejudice.

Dated this 18th day of June, 2013

BRIAN HEATH BADEKER
5600 Boulder Highway A229
Las Vegas, NV  89122
702-773-2944

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing VOLUNTARY DISMISSAL WITH PREJUDICE was sent certified mail to counsel of record for Defendant on this

2 0 th day of June, 2013 as follows:

        Cooper Levenson April
        Niedelman & Wagenheim, P.A.
        c/o Gregory Kraemer
        6060 Elton Ave  Suite A
        Las Vegas, NV  89107

BRIAN HEATH BADEKER

dated 20 June, 2013