BRIAN HEATH BADEKER
5600 Boulder Highway A229
Las Vegas, NV  89122
702-773-2944
brianbourju@yahoo.com

2013 JUN 20  A 9: 08

BY_____DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN HEATH BADEKER, ) | Case No. 2:12-cv-01848-LDG-VCF |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | VOLUNTARY DISMISSAL |
| ) | WITH PREJUDICE |
| MIDLAND CREDIT MANAGEMENT, INC., ) | |
| ) | |
| DEFENDANT ) | |

Comes now the Plaintiff, BRIAN HEATH BADEKER, who hereby dismisses the action filed against Defendant, MIDLAND CREDIT MANAGEMENT, INC., with prejudice.

Dated this 18th day of June, 2013

_____
BRIAN HEATH BADEKER
5600 Boulder Highway A229
Las Vegas, NV  89122
702-773-2944

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing VOLUNTARY DISMISSAL WITH PREJUDICE was sent certified mail to counsel of record for Defendant on this

20th day of June, 2013 as follows:

      Cooper Levenson April
      Niedelman & Wagenheim, P.A.
      c/o Gregory Kraemer
      6060 Elton Ave  Suite A
      Las Vegas, NV  89107

BRIAN HEATH BADEKER

dated 20 June, 2013

ORDER

IT IS SO ORERED.

DATED this 8th day of July, 2013.

Lloyd D. George
Sr. U.S. District Judge